**Order entered December 10, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00999-CV

### LOUIS MARTIN, JR., Appellant

### V.

### U.S. MERCHANTS FINANCIAL GROUP, INC., Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-15757**

## ORDER

We **GRANT** appellant's December 4, 2013 unopposed motion to extend appellate deadlines and **ORDER** appellant to file his brief no later than December 20, 2013. Appellee shall file its brief within thirty days after the date appellant's brief is filed.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE